# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2009 FEB 11  A 10: 16

CLERK _Bric Carthy_

| | | |
|---|---|---|
| NORRIE EDWIN ANDREWS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 307-025 |
| | ) | (Formerly CR 305-015) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this __11th__ day of February, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE